**UNITED STATES DISTRICT COURT**  **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| GREG MURPHY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:22-CV-135 |
| | § | |
| BEAUMONT INDEPENDENT SCHOOL | § | |
| DISTRICT and SHANNON ALLEN, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order (#81) signed on September 25, 2024, granting Defendants Beaumont Independent School District and Shannon Allen's (collectively "Defendants") Motion for Summary Judgment (#61), the court enters final judgment in favor of Defendants.  Plaintiff Greg Murphy shall take nothing by his suit.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 25th day of September, 2024.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE